724 A.2d 926

**In the Matter of Sharon L. WIGLE.**

Supreme Court of Pennsylvania.

Jan. 22, 1999.

## *O R D E R*

PER CURIAM:

AND NOW, this 22nd day of January, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated December 2, 1998, the Petition for Reinstatement to Active Status is granted.

Pursuant to the Order of this Court dated February 13, 1998, petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement to Active Status.